William MIKALSKI, Jr., by William Mikalski, Sr., his guardian ad litem, respondent, v. NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of Oscar C. MILLER. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, unless appellant complies with terms stated in order. Order filed.

George A. MILLER, applt., v. Mike MAYERSAK and Katie MAYERSAK, respts. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment unanimously affirmed, with costs.

MILLER et al. v. MELNICK et al. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Albert Miller and another, as executors, etc., against David Melnick and others, and Traders' Box & Lumber Company, appellant. No opinion. Order affirmed, with $10 costs and disbursements.

Ferdinand N. MONJO, Respt., v. Morris BLOCK et al., Applts. (Supreme Court, Appellate Division, First Department. January 21, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

MONTGOMERY COUNTY TRUST COMPANY, plaintiff, v. Annie ELIAS, and another, appellants, Joseph J. Speth, referee-respondent. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Order of the County Court of Kings County modified by reducing the extra allowance to the referee to the sum of $100, and as so modified affirmed without costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the matter of the claim of Antonetta MOONEY, claimant, for compensation under the Workmen's Compensation Law, and State Industrial Commission, respts., v. WEBER PIANO COMPANY, employer, and Globe Indemnity Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Award unanimously affirmed.

Johanna Miller MOOSMAN, as administratrix, etc., of Jacob Henry Moosman, deceased, appellant, v. The NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment reversed on reargument, and new trial granted, costs to abide the event. The defense of contributory negligence is not pleaded. To be proved, it must be pleaded. See section 841b, Code of Civil Procedure. Sackheim v. Pigueron, 215 N. Y. 62, 109 N. E. 109. Otherwise, the plaintiff would be compelled to enter into a controversy over a matter concerning which she had no notification in the answer, that the defendant proposed to assert as an exemption from liability. Jenks, P. J., and Carr, Stapleton and Putnam, JJ., concur.

MOORE & MUNGER CO. v. MOTOR TRADES PUB. CO. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted; question certified. Order filed.

MORAN TOWING & TRANSPORTATION COMPANY, respondent, v. MICHEL BREWING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Application denied, with $10 costs.

Ella MORFORD, as execx., etc., respt., v. Charles R. EVANS, applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: That the testimony of the husband respecting the mortgage in question should have been received, as it does not appear that the subject of the conversation was confidential. All concur.

Charles V. MORRISON, Applt., v. Lewis H. WOODS, impld., Respt. SAME v. LLOYD-PHYFFE CO. SAME v. Joseph BUCCO. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgments affirmed, with costs. No opinion. Laughlin, J., dissenting and voting for new trial as to defendant Bucco. Orders filed.

In the matter of the claim of Lillie MOSIER, widow, Mildred Mosier, daughter, and Otis J. Mosier, son, of Otis Mosier, deceased, and Jeremiah J. Donovan and the State Workmen's Compensation Commission, respts., v. The DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed on the authority of Matter of Winfield v. N. Y. C. & H. R. R. R. Co., 216 N. Y. 284, 110 N. E. 614.

MULVANEY v. BATTAGLINA. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Margaret C. Mulvaney against Pietrina Battaglina. No opinion. Motion granted, with $10 costs. Order filed.

MUNICIPAL LIENS CO., Applt., v. Louis LESE et al., Respts. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

MURRAY, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Action by James Murray, etc., against Edward